ANNA BUONTEMPO (NOW PICARDI), PETITIONER-RE-SPONDENT, v. YARDLEY OF LONDON, INC., RESPON-DENT-PETITIONER.

*Mr. John W. Taylor* and *Mr. Joseph D. Haggerty* for the petitioner.

*Mr. Francis P. Pomar* for the respondent.

April 4, 1966. Denied.

JEANNETTE A. BUSLAP, RESPONDENT-RESPONDENT, v. FORD MOTOR CO., *ETC.*, RESPONDENT-PETITIONER.

*Mr. Verling C. Enteman* for the petitioners.

*Mr. Louis C. Jacobson* for the respondent.

April 4, 1966. Denied.

JUDITH A. MATTHEWS, PLAINTIFF-PETITIONER, v. ST. MICHAEL'S HOSPITAL, *ET AL.*, DEFENDANT-RESPON-DENT.

*Mr. Irwin Kanengiser* and *Mr. George H. Harbaugh* for the petitioner.

*Mr. Edward E. Kuebler* for the respondent.

April 4, 1966. Denied.